1  Corinne D. Orquiola Esq. (SBN: 226969)
   Krohn & Moss, Ltd.
2  1112 Ocean Drive, Suite 301
   Manhattan Beach, CA 90266
3  corquiola@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  RAUL IZAGUIRRE

6

                    **UNITED STATES DISTRICT COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **SOUTHERN DIVISION**
8

9  RAUL IZAGUIRRE,                          **Case No.: 8:15-cv-01550-JVS-E**

10          Plaintiff,

11     vs.                                  NOTICE OF SETTLEMENT

12  GC SERVICES, LP,

13          Defendant.

14

15          NOW COMES the Plaintiff, RAUL IZAGUIRRE, by and through the undersigned

16  counsel and hereby informs the court that a settlement of the present matter has been reached and

17  is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

18  next 60 days.

19          Plaintiff therefore requests that this honorable court vacate all dates currently set on

20  calendar for the present matter.

21                                 Respectfully Submitted,

22

23  Dated: February 25, 2016          KROHN & MOSS LTD

24                                    /s/ Corinne D. Orquiola
                                      Corinne D. Orquiola, Esq.
25                                    Attorney for Plaintiff,
                                      RAUL IZAGUIRRE
26

27

28                                          1

_____

NOTICE OF SETTLEMENT

1

2

## **CERTIFICATE OF SERVICE**

3

I hereby certify that on February 25, 2016, I electronically filed the foregoing Notice of

4

Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on

5

February 25, 2016 I served all counsel of record with a copy of this document by way of the

6

CM/ECF system.

7

8

9

By:     /s/ Corinne D. Orquiola

10
                Corinne D. Orquiola, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT